**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD EUGENE NEWMAN, JR.,

    Petitioner,

vs.                               Case No.   3:06-cv-899-J-32MMH
                                                       3:04-cr-337-J-32MMH

UNITED STATES OF AMERICA,

    Respondent.

_____

**ORDER**

      This case is before the Court on petitioner Ronald Eugene Newman, Jr's Motion For Extension of Time to File Notice of Appeal (Crim. Doc. 143; Doc. 12).[1] This Court finds that petitioner has shown the requisite good cause pursuant to Fed. R. App. P. 4(b)(4) for a thirty day extension of time to file a notice of appeal. This additional thirty day period starts to run at the conclusion of the original ten day period prescribed in Rule 4(b)(1)(A)(I). Petitioner's new deadline to file a notice of appeal is **April 2, 2007**.[2] Petitioner is reminded Fed. R. App. P. 4(b) prohibits a district court from extending the time to file a notice of appeal more than thirty days beyond the originally prescribed ten day period; Rule 4(b) is "jurisdictional and strictly applied".

---

   [1] Citations to Newman's criminal case file, 3:04-cr-337-J-32MMH, are denoted as "Crim. Doc. ___." Citations to Newman's civil § 2255 case file, 3:06-cv-899-J-32MMH, are denoted as "Doc. ___."

   [2] Pursuant to Fed. R. App. P. 26(a)(2), Saturdays, Sundays and legal holidays (Washington's Birthday) are excluded from the computation of the initial ten day period.

See United States v. Grant, 256 F.3d 1146, 1150-51 (11th Cir. 2001); see also United States v. Phillips, 225 F.3d 1198, 1200 (11th Cir. 2000).  Accordingly, it is hereby **ORDERED**:

    1)     Petitioner Ronald Eugene Newman's Motion For Extension of Time to File Notice of Appeal (Crim. Doc. 143; Doc. 12) is **GRANTED**.

    2)     Petitioner's Amended First Motion to Amend/Correct Order of February 13, 2007 (Crim. Doc. 142; Doc. 11) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of February, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

t.
Copies to:

counsel of record
Ronald Eugene Newman, Jr.
Terry Nathan Silverman